UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KEITH MAURICE SHARP,**

  **Plaintiff,**

v.     Case No. 4:20cv74-TKW-MAF

**JARED F. MILLER, et al.,**

  **Defendants.**
  _____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that the claims asserted by Plaintiff are frivolous and that this case is due to be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i). Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted by the Court and incorporated by reference into this Order.

2. This case is **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i), and the Clerk shall close the file.

**DONE and ORDERED** this 8th day of June, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**